Edward W. Swanson, SBN 159859
ed@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for BRANDON FRERE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON FRERE<br><br>Defendant. | CASE NO. 3:19-cr-00493-SI<br><br>**STIPULATION AND [PROPOSED]****<br>ORDER TO CONTINUE DECEMBER 5,<br>2019 HEARING TO DECEMBER 20, 2019<br>at 11:00 A.M.** |

**STIPULATION**

Defendant Brandon Frere, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Scott D. Joiner, hereby stipulate and agree as follows:

   1)   The defendant made his first appearance before this Court on October 4, 2019. At that appearance, the parties informed the Court that they have been engaged in settlement discussions and asked that the Court set November 1, 2019 for change of plea. Via stipulations by the parties that appearance was continued to December 6, 2019 and the Court advanced that date to December 5, 2019.

1

**Stipulation and [Proposed]Order**
*United States v. Frere*

2)  The settlement discussions between the parties are continuing, but the parties will not be able to conclude those negotiations by the December 5, 2019 date.

3)  The parties therefore respectfully request that the hearing currently scheduled for December 5, 2019 be continued to December 20, 2019 at 11:00 a.m.

4)  The parties further agree that the ends of justice served by excluding the time between December 5, 2019 and December 20, 2019 under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial and agree that time should be excluded for effective preparation of counsel and for complexity, for the reasons stated on the record at the first appearance on October 4, 2019, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii) and (B)(iv).

**IT IS SO STIPULATED.**

DATED:   December 4, 2019

_____/s/_____
SCOTT D. JOINER
Assistant United States Attorney

_____/s/_____
EDWARD W. SWANSON
Swanson & McNamara LLP
Attorneys for BRANDON FRERE

/ / /

/ / /

2

**Stipulation and [Proposed]Order**
*United States v. Frere*

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The December 5, 2019 hearing is continued to December 20, 2019 at 11:00 a.m.  The Court finds that the ends of justice served by excluding the time between December 5, 2019 and December 20, 2019 outweigh the best interests of the public and the defendant in a speedy trial and ORDERS that time is excluded from computation under the Speedy Trial Act to allow for effective preparation of counsel and for complexity, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii) and (B)(iv).

DATED: 12/4/19

_____
HON. SUSAN ILLSTON
United States District Court Judge