UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** 12/20/19       **Time:** 2 minutes       **Judge:** SUSAN ILLSTON

**Case No.:** 19-cr-00493-SI-1     **Case Name:** U.S. v. BRANDON DEMOND FRERE (nc)(p)

Attorney for Govt.: Scott Joiner
Attorney for Defendant: Ed Swanson

**Deputy Clerk:** Tracy Kasamoto       **Court Reporter:** Marla Knox
**Interpreter:** n/a                   **Probation Officer:** n/a

## PROCEEDINGS

1)   Change of Plea - HELD

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
( ) SUBMITTED

Case continued to  **3/27/20 @ 11:00 a.m.**   for Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due: , Opposition: ,  Reply: )

Case continued to  **@ 3:00/3:30 p.m.**   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial  (Jury**:**  Days)

## SUMMARY

The parties filed a written plea agreement in open court.
The parties think that a restitution hearing may be necessary.
The defendant pleaded guilty to counts 1 & 2 of the Indictment.
Case referred to probation for the preparation of a PSR