Edward W. Swanson, SBN 159859
ed@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for BRANDON FRERE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON FRERE<br><br>Defendant. | CASE NO. 3:19-cr-00493-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING FROM MARCH 27, 2020 TO APRIL 24, 2020 AT 11:00 A.M.** |

## STIPULATION

Defendant Brandon Frere, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Scott D. Joiner, hereby stipulate and agree as follows:

1)      The defendant pled guilty on December 20, 2019 and a sentencing date was set for March 27, 2020.

2)      The parties hereby stipulate and respectfully request that the Court continue the sentencing date for one month, to April 24, 2020.  The parties are requesting the continuance in light of the COVID19 pandemic.  The continuance is needed to avoid any unnecessary travel for Mr. Frere, his friends, and family, as well as counsel, to the Federal Building.  Taking this

precaution in Mr. Frere's case is particularly warranted given that he is recovering from a recent knee surgery, he has elderly parents and other relatives/friends who would like to attend his sentencing, the parties anticipate working through and/or litigating restitution issues after sentencing, which would likely postpone Mr. Frere's self-surrender date, and Mr. Frere has been out of custody without incident for over a year.

       3)      The parties therefore respectfully request that the sentencing currently scheduled for March 27, 2020 be continued to April 24, 2020.

**IT IS SO STIPULATED.**

DATED:      March 14, 2020

_____/s/_____
SCOTT D. JOINER
Assistant United States Attorney

_____/s/_____
EDWARD W. SWANSON
Swanson & McNamara LLP
Attorneys for BRANDON FRERE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The March 27, 2020 hearing is continued to April 24, 2020 at 11:00 a.m.

DATED:

_____
HON. SUSAN ILLSTON
United States District Court Judge

**Stipulation and [Proposed]Order**
*United States v. Frere*

2