Edward W. Swanson, SBN 159859
ed@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for BRANDON FRERE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON FRERE<br><br>    Defendant. | CASE NO. 3:19-cr-00493-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING FROM MAY 29, 2020 TO JUNE 26, 2020 AT 11:00 A.M.** |

**STIPULATION**

Defendant Brandon Frere, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Scott D. Joiner, hereby stipulate and agree as follows:

1)   The defendant pled guilty on December 20, 2019 and a sentencing date was initially set for March 27, 2020.  In light of the COVID-19 pandemic, the parties stipulated and the Court ordered the sentencing continued to April 24, 2020 and then to May 29, 2020.

2)   The parties hereby stipulate and respectfully request that the Court continue the sentencing date from May 29, 2020 to June 26, 2020.  The parties are requesting the continuance in light of the COVID19 pandemic, the "shelter in place" order currently in effect in California,

and the Court's General Order requiring that most criminal hearings take place via telephone or videoconference.

      3)    The parties therefore respectfully request that the sentencing currently scheduled for May 29, 2020 be continued to June 26, 2020.

**IT IS SO STIPULATED.**

DATED:    May 19, 2020          /s/  
    SCOTT D. JOINER  
    Assistant United States Attorney

        /s/  
    EDWARD W. SWANSON  
    Swanson & McNamara LLP  
    Attorneys for BRANDON FRERE

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The May 29, 2020 hearing is continued to June 26, 2020 at 11:00 a.m.

DATED:  
    HON. SUSAN ILLSTON  
    United States District Court Judge