RECEIVED
JUL 08 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Dear Your Honor,

I just recently seen an updated e-mail regarding the lawsuit pending against Brandon Demond Frere.

I have enclosed evidence of the program I signed up for in early 2017. I also enclosed the original flyer that I responded to.

If you have any questions, you may contact me at 334-494-7324 or 727-831-1008.

Thank you.

Sincerely,

[signature]

Susan Brevolasen