Edward W. Swanson, SBN 159859
ed@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for BRANDON FRERE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON FRERE<br><br>Defendant. | CASE NO. 3:19-cr-00493-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING FROM OCTOBER 16, 2020 TO DECEMBER 18, 2020 AT 11:00 A.M., AND TO CONTINUE SELF-SURRENDER DATE FROM OCTOBER 30, 2020 TO JANUARY 15, 2021** |

**STIPULATION**

Defendant Brandon Frere, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Scott D. Joiner, hereby stipulate and agree as follows:

1) On July 24, 2020, the Court sentenced the defendant to 42 months imprisonment, pursuant to a Rule 11(c)(1)(C) plea agreement. In the plea agreement, the defendant also agreed to pay full restitution to the victims of his crimes, and that the restitution amount would be set by the Court at the time of sentencing or at a subsequent restitution hearing. Dkt. 59, ¶ 10.

2) At the conclusion of the sentencing hearing, the Court set October 16, 2020 as the date for the restitution hearing.

3) In the weeks following the sentencing hearing, the government has produced approximately 12,000 pages of Victim Impact Statements to the defense. The government anticipates producing another 500 statements in the coming weeks, along with spreadsheets and other data the government has collected from third parties relevant to the issue of restitution.

4) The parties do not anticipate being in a position to present their respective positions on the issue of restitution until after the government has completed its production and the defense has had sufficient time to review that production. Based on the volume of materials at issue and on the press of other business, the parties believe they will need more time to complete this process than is currently allowed by the October 16, 2020 hearing date.

5) Under *United States v. Dolan*, 560 U.S. 605, 611 (2010), this Court is not prohibited from entering a restitution order after the 90-day period set forth in 18 U.S.C. § 3664(d)(5) so long as it enters an order within the 90-day period clarifying that it will order restitution in this case, leaving open only the amount of restitution to be ordered. *See also United States v. Fu Sheng Kuo*, 620 F.3d 1158, 1163 (9th Cir. 2010) (accord).

6) The parties hereby stipulate and agree that there should be a restitution order in this case, and that all that is left to be determined is the amount of restitution and the amounts attributable to each victim. The parties respectfully request that the Court so order.

7) Accordingly, for the reasons set forth above, the parties jointly stipulate and agree that the restitution hearing be continued until December 18, 2020 at 11:00 a.m. The parties will attempt to resolve the restitution amount via stipulation in advance of that hearing, or otherwise will submit briefs regarding their respective positions on appropriate restitution to the Court by December 4, 2020.

8) The defense also requests the Court continue Mr. Frere's self-surrender date to reflect the new restitution-hearing date. Defense counsel requires Mr. Frere's assistance reviewing the materials produced by the government and will need Mr. Frere's consent to any positions taken or agreements made regarding restitution. As such, the defense respectfully requests the Court issue an order continuing Mr. Frere's self-surrender date to January 15, 2021, without prejudice to the defense making additional continuance requests if the COVID-19

pandemic so requires.  Continuing Mr. Frere's self-surrender date to January 15, 2021, will allow Mr. Frere to fully participate in the restitution proceedings and allow him to remain available to counsel should the Court require additional briefing or information following the December 18 hearing.  The government has no objection to this request.

**IT IS SO STIPULATED.**

DATED:     September 21, 2020                        /s/
SCOTT D. JOINER
Assistant United States Attorney

                                                      /s/
EDWARD W. SWANSON
Swanson & McNamara LLP
Attorneys for BRANDON FRERE

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Court finds that restitution is mandated in this case and will be ordered, in an amount to be determined. The October 16, 2020 restitution hearing is continued to December 18, 2020 at 11:00 a.m.

IT IS FURTHER ORDERED that Mr. Frere's self-surrender date is continued from October 30, 2020 to January 15, 2021.

DATED:                                              _____
HON. SUSAN ILLSTON
United States District Court Judge

**Stipulation and [Proposed]Order**
*United States v. Frere*