UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. CR 19-0493 SI** |
| Plaintiff, | [~~PROPOSED~~] **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| BRANDON DEMOND FRERE, | |
| Defendant. | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on December 20, 2019 wherein the defendant, Brandon Demond Frere, admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

   a. All assets seized on or about July 26, 2019, from Brown Brothers Harriman & Co., Private Bankers ("BBH"), Account ending in xxx713-9, including any appreciation or interest accrued thereon;

          b.  $495,000.00 in U.S. currency seized from a black plastic bag during searches of 14757 Morelli Lane, Sebastopol, CA, and 14755 Morelli Lane, Sebastopol, CA on or about December 21, 2018;

pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982 and Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853;

     IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel with (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

     IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

     IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

     IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

     IT IS SO ORDERED this  16th  day of  November   2020.



                                  HON. SUSAN ILLSTON
                                  United States District Judge