Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for BRANDON FRERE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON FRERE<br><br>Defendant. | CASE NO. 3:19-cr-00493-SI (SK)<br><br>**REQUEST AND ORDER FOR RETURN OF DEFEDANT BRANDON FRERE'S PASSPORT** |

   Defendant Brandon Frere respectfully requests an order from this Court directing Pretrial Services to return Mr. Frere's passport to him.

   Mr. Frere makes this request based on the fact that Mr. Frere surrendered his passport to Pretrial Services as a condition of his release (see Dkt. No. 7 (appearance bond)), and when the Court sentenced Mr. Frere, it ordered the bond securing Mr. Frere's appearance exonerated. *See*

1

**App. and Order re Passport**
*United States v. Brandon Frere*

1  Dkt. No. 76 at 2 (judgment). [1]

2      WHEREFORE, on behalf of Mr. Frere, I respectfully request that this Court order Pretrial Services to release Mr. Frere's passport to him.

Respectfully submitted,

DATED: May 23, 2023

            /s/
EDWARD W. SWANSON
BRITT EVANGELIST
Swanson & McNamara LLP
Attorneys for BRANDON FRERE

---

[1] Mr. Frere duly self-surrendered, has now been released from BOP custody and is being supervised by the Probation Office. *See* https://www.bop.gov/mobile/find_inmate/byname.jsp#inmate_results

2

**App. and [Proposed] Order re Passport**
*United States v. Brandon Frere*

**ORDER**

For the reasons stated above, IT IS HEREBY ORDERED that Pretrial Services shall return to Mr. Frere the passport he surrendered as a condition of his pretrial release.

IT IS SO ORDERED.

DATED: June 6, 2023

*(signature: Sallie Kim)*

HONORABLE Sallie Kim
United States Magistrate Judge