UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRERE,<br><br>Defendant. | Case No.  19-cr-00493-SI-1<br><br>**ORDER TO CHANGE NAME UNDER SEAL**<br><br>Re: Dkt. No. 150 |

The Petition for Victim Name Change in case number(s) 19-cr-00493-SI-1 is hereby

[x] GRANTED

[  ] DENIED

The Clerk is directed to change the victim's name accordingly.

[x] The Clerk is directed to file this Order under seal.

**IT IS SO ORDERED.**

Dated: September 29, 2023

SUSAN ILLSTON
United States District Judge