# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

---

## Report on Person Under Supervision

---

**Person Under Supervision**
Brandon Demond Frere

**Docket Number**
3:19CR00493-001 SI

**Name of Sentencing Judge:**   The Honorable Susan Illston
Senior United States District Judge

**Date of Original Sentence:**   July 24, 2020

**Original Offense:** Count One: Wire Fraud, 18 U.S.C. § 1343, Class C Felony; Count Two: Money Laundering 18 U.S.C. § 1956 (a)(2)(B) Class C Felony

**Original Sentence:** 42 months on Count One and Two to be served concurrently, 3 years supervised release on each of Counts One and Two to run concurrently.

**Special Conditions:** $200 special assessment; $41,998,689.27 restitution; must not maintain a position of fiduciary capacity; must pay restitution and special assessment; no new credit or debt; financial disclosure; mental health treatment; DNA; search; drug testing and treatment; abstain from alcoholic beverages.

**Prior Form(s) 12:** None

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Scott D. Joiner
**Defense Counsel**
Edward W. Swanson  (Retained)

**Date Supervision Commenced**
March 28, 2023
**Date Supervision Expires**
March 27, 2026

---

### Petitioning the Court to Take Judicial Notice

#### Cause

According to the Offender Payment Enhanced Report Access (OPERA), the client's outstanding restitution balance as of April 22, 2026, is $41,826,164.23, as $172,725.04 has been collected. Mr. Frere satisfied the $200 special assessment in full. During supervision, the client has submitted monthly payments, as Court ordered.

RE:     Frere, Brandon Demond                                                         2
        3:19CR00493-001 SI

## Action Taken and Reason

Throughout the client's term of supervised release, he maintained a stable residence in Sebastopol, California.  Mr. Frere has been gainfully employed at Gaiavation Inc. as an operations manager since July 2024, earning approximately $3,200 a month.

Mr. Frere was moved to Low Intensity Supervision status in October 2023 and has remained in compliance with all his release conditions since that time. Mr. Frere has not missed a restitution payment since May 2023, and understands the responsibility he must continue to make monthly payments once off supervision. Mr. Frere has successfully completed his mental health and drug treatment, while never producing a positive drug test.

Your Honor, the U.S. Probation Office apologizes for this delayed notice due to an oversight on our end.  Mr. Frere's term of supervision expired on March 27, 2026, as scheduled. Mr. Frere understands he must continue making payments through the U.S. Attorney's Office Financial Litigation Program, after the expiration of her term of supervision.

Pursuant to 18 U.S.C. §§ 3613 (b) and (f), the liability to pay restitution shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment. Therefore, the United States Attorney's Office has the authority to collect monies from the client until March 28, 2043. It is recommended the client be allowed to terminate from supervision with an outstanding restitution balance.

Respectfully submitted,                          Reviewed by:

_____          _____
Richard A. Brown                                 Nicole M. Brown
Supervisory U.S. Probation Officer               Supervisory U.S. Probation Officer
Date Signed: April 23, 2026

RE:    Frere, Brandon Demond                                                          3
       3:19CR00493-001 SI

THE COURT ORDERS:

☐    The Court concurs and takes judicial notice

☐    Submit a request to modify supervision

☐    Submit a request for a warrant

☐    Submit a request for summons

☒    Other: Terminating supervision with an outstanding restitution balance.


__April 23, 2026_____          _____
Date                                         Susan Illston
                                             Senior United States District Judge

NDC-SUPV-FORM 12A  4/6/2015